UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEXAWARE TECHNOLOGIES LIMITED,

Plaintiff,

- against -

SPARK NETWORKS SERVICES GmbH,

Defendant.

**25-cv-10613 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

In view of the parties' joint status report and letter motion to lift the seal in this matter, it is **HEREBY ORDERED** as follows:

1. The stay entered in this matter on May 8, 2026, shall **REMAIN**.
2. A further status report in this action shall be filed no later than **May 10, 2027**.
3. The seal in this case shall be lifted in its entirety, and all documents currently filed on the docket shall be made public. The unredacted copy of the Plaintiff's Complain attached as Exhibit B to the parties' joint status report and letter motion to lift the seal shall be **DEEMED FILED**.

**SO ORDERED.**

**Dated:** New York, New York
November 10, 2026

John G. Koeltl
United States District Judge