UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEXWARE TECHNOLOGIES LIMITED,
Plaintiff,

- against -

SPARK NETWORK SERVICES, GMBH,
Defendants.

25-cv-10163 (JGK)

ORDER
UNDER SEAL

JOHN G. KOELTL, District Judge:

In view of the Suggestion of Bankruptcy by the defendant Spark Network Services GMBH, the action is automatically stayed. See 11 U.S.C. § 362(a)(1).

The parties should advise the Court promptly what filings in this case should no longer remain under seal. If it is necessary for parts of documents to remain under seal, redacted copies should be filed.

The parties are requested to file a status report in this action no later than **November 9, 2026**.

SO ORDERED.
Dated: New York, New York
May 8, 2026

John G. Koeltl
United States District Judge